SEALED

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**GUILLERMO ZUÑIGA-LOPEZ,**<br>Defendant. | **CRIM. NO. 08-**335(JAF)<br>(FILED UNDER SEAL) |

Received & Filed 10/1/08 at 5:30 pm

**GUILLERMO ZUÑIGA-LOPEZ**, the above-named defendant, did knowingly and willfully make and cause to be made material false, fictitious and fraudulent statements and representations, that is, knowing that the Federal Bureau of Investigation (FBI) was engaged in an official investigation, defendant **ZUÑIGA LOPEZ** falsely stated in substance to special agents of the FBI that: the only money he had ever given **Senator A** directly or indirectly was in the form of various campaign checks within the $1,000 legal limit (and one that was over the limit which was returned because it was over the limit) and that the money he gave to an employee of **Senator A** was a loan for that employee, when in truth and in fact defendant **ZUÑIGA-LOPEZ** well knew that the money he was referring to was part of the approximately $120,000 in $5,000 monthly cash payments he gave directly or indirectly to **Senator A** in exchange for his official acts. In violation of Title 18, United States Code, Section 1001(a)(2).

**The defendant having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.**

______________________,
**GUILLERMO ZUÑIGA-LOPEZ**
Defendant.

______________________,
Witness.

______________________,
José R. Gatzambide, Esq.
Counsel for Defendant.

Dated: 10/1/08