SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | ) | **INFORMATION** |
| | ) | CRIMINAL NO. 08-335 (JAF) |
| v. | ) | |
| | ) | VIOLATION: |
| **GUILLERMO ZUÑIGA-LOPEZ,** Defendant, | ) | Title 18, United States Code, Section 1001(a)(2) |
| | ) | **(ONE COUNT)** |

Received & Filed 10/1/08 at 5:30 pm N

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**

On or about August 25, 2008, in the District of Puerto Rico and within the jurisdiction of this Court,

**GUILLERMO ZUÑIGA-LOPEZ,**

the defendant herein did knowingly and willfully make and cause to be made material false, fictitious and fraudulent statements and representations, that is, knowing that the Federal Bureau of Investigation (FBI) was engaged in an official investigation, defendant **ZUÑIGA LOPEZ** falsely stated in substance to special agents of the FBI that: the only money he had ever given **Senator A** directly or indirectly was in the form of various campaign checks within the $1,000 legal limit (and one that was over the limit which was returned because it was over the limit) and that the money he gave to an employee of **Senator A** was a loan for that employee, when in truth and in fact defendant **ZUÑIGA-LOPEZ** well knew that the money he was referring to was part of the approximately $120,000 in $5,000 monthly cash payments he gave directly or indirectly to **Senator A** in exchange for his official acts.

In violation of Title 18, United States Code, Section 1001(a)(2).

ROSA E. RODRIGUEZ VELEZ
UNITED STATES ATTORNEY

| | |
|---|---|
| Jose A. Ruiz Santiago<br>Assistant U.S. Attorney<br>Chief, Criminal Division | Timothy R. Henwood<br>Assistant U.S. Attorney |
| Ernesto Lopez Soltero<br>Assistant U.S. Attorney | Jacqueline Novas<br>Assistant U.S. Attorney |

Dated:October 1, 2008